█ PAUL C. CHIRICO, Appellant, v. JOANNE CHIRICO, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOANNE CHIRICO, Respondent, v. BESSIE CHIRICO, Appellant.— Order insofar as appealed from unanimously affirmed, without costs. (See *Chirico* v. *Chirico*, 31 A D 2d 887, decided concurrently herewith.) (Appeal from certain parts of order of Erie Specal Term, denying motion to reargue and awarding temporary custody.) Present — Del Vecchio, J. P., Marsh, Witmer, Gabrielli and Moule, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP DI LAVORE, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Judgment unanimously affirmed. It should also be noted that, upon the facts presented, habeas corpus is not the proper remedy. (Appeal from judgment of Wyoming County Court, dismissing writ of habeas corpus, following a hearing.) Present — Del Vecchio, J. P. Marsh, Witmer, Gabrielli and Moule, JJ.

█ In the Matter of FREDERICK H. BARTRAM, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.— Determination unanimously confirmed, without costs. (Cf. *People ex rel. Gunn* v. *Webster*, 75 Hun 278, cited with approval in *People* v. *Foster*, 10 N Y 2d 99.) (Review of determinaiton revoking operator's license, transferred by order of Monroe Special Term.) Present — Goldman, P. J., Del Vecchio, Marsh, Bastow and Henry, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMANUEL SHAW, Appellant, v. VINCENT R. MANCUSI, Warden, Respondent.— Appeal dismissed as academic. Memorandum: The relator having been discharged from custody, the appeal, as conceded in appellant's brief, is academic. (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus, following a hearing). Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Bastow, JJ.

█ In the Matter of ROCCO D. POTENZA.— Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law.